**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1726**

---

ISABELLE R. L. RILEY,

Plaintiff - Appellant,

versus

VIRGINIA COMMONWEALTH UNIVERSITY; VCU/MCV
SCHOOL OF DENTISTRY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-96-1017)

---

Submitted:  August 14, 1997          Decided:  August 21, 1997

---

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Isabelle R. L. Riley, Appellant Pro Se.  David Lee Ross, Pamela
Finley Boston, VIRGINIA COMMONWEALTH UNIVERSITY, Richmond, Vir-
ginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's adverse grant of summary judgment, and dismissal of Appellant's case filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Riley v. Virginia Commonwealth Univ., No. CA-96-1017 (E.D. Va. May 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED